1  **GEOFFREY V. WHITE (SBN. 068012)**
   **LAW OFFICE OF GEOFFREY V. WHITE**
2  351 California St., Suite 1500
   San Francisco, California 94104
3  Telephone: (415) 362-5658
   Facsimile:  (415) 362-4115
4  Email:  gvwhite@sprynet.com

5  Attorneys for Plaintiff
   DAVID BARBOZA
6

7  **LOUIS A. GONZALEZ, JR. (SBN 157373)**
   **BRENDAN J. BEGLEY (SBN 202563)**
8  **WEINTRAUB GENSHLEA CHEDIAK**
   400 Capitol Mall, 11th Flr.
9  Telephone:  (916) 558-6000
   Facsimile:  (916) 446-1611
10
   Attorneys for Defendants,
11 CALIFORNIA ASSOCIATION OF
   PROFESSIONAL FIREFIGHTERS**,**
12 CALIFORNIA ASSOCIATION OF
   PROFESSIONAL FIREFIGHTERS
13 LONG-TERM DISABILITY PLAN;
   and CALIFORNIA ADMINISTRATION
14 INSURANCE SERVICES, INC.
   and KENNETH BLANTON, DENNIS
15 CAMPANALE, GENE DANGEL, JAMES
   FLOYD, CHARLES GLUCK,
16 BRIAN PINOMAKI, and WILLIAM
   SOQUI, Individually and as Plan Directors
17

18                    UNITED STATES DISTRICT COURT

19                    EASTERN DISTRICT OF CALIFORNIA

20

21 | **DAVID BARBOZA**,                                    ) Case No.  CIV S-08-02569 FCD GGH
                                                           )
22 |         Plaintiff,                                    ) **STIPULATION AND ORDER RE:**
             v.                                            ) **MODIFICATION TO PRETRIAL**
23 |                                                       ) **SCHEDULING ORDER**
     **CALIFORNIA ASSOCIATION OF**                         )
24   **PROFESSIONAL FIREFIGHTERS,**                        )
     et al.,                                               )
25                                                         )
             Defendants.                                   )
26                                                         )
     _____               )

27

28

---

**Stipulation and Order Re Scheduling Order - Case No. CIV S-08-02569 FCD GGH**

- 1 -

1        WHEREAS the Court issued it's Pretrial Scheduling Order on February 29, 2009, which
2   set the latest date for hearing dispositive motions as June 18, 2010;
3        WHEREAS the Court modified it's Pretrial Scheduling Order on April 27, 2010, which
4   set the last date for hearing dispositive motions as August 20, 2010;
5        WHEREAS one of Defendants' primary counsel, Louis Gonzalez, Jr., is and has been
6   preparing for trial in another case entitled *Brandi Macias v. California Law Enforcement*
7   *Association*, Alameda County Superior Court Case No. RG09430596, which is set for trial on
8   July 23, 2010 at 9:30 a.m. in Department 510 of the Alameda County Superior Court;
9        WHEREAS Defendants' other primary counsel, W. Scott Cameron, was activated for
10  military duty and has been out of the office extensively over the past two months and continues
11  to be performing active military duty;
12       WHEREAS Mr. Cameron believed he could handle this matter given his initial duties
13  when re reported for active duty;
14       WHEREAS a recent reassignment of the military duties of W. Scott Cameron has
15  prevented him from working on this matter;
16       WHEREAS one of Defendants' remaining counsel, Brendan J. Begley, only began
17  working for Weintraub Genshlea Chediak on July 12, 2010, and was assigned to work on this
18  matter on the evening of July 20, 2010, as a result of the unexpected reassignment of W. Scott
19  Cameron's military duties;
20       THEREFORE, THE PARTIES STIPULATE that, pursuant to Federal Rule of Civil
21  Procedure 16(b)(4), good cause exists for modifying the Court's Pretrial Scheduling Order to
22  continue to the next available law and motion date of September 10, 2010, the deadline to hear
23  defendants' motion for summary judgment or adjudication and, correspondingly, to continue by
24  one week the deadline to file such a motion.  Therefore, the last date to hear the parties' motions
25  for summary judgment or adjudication should be changed to September 10, 2010, and the last
26  day for Defendants to file a motion for summary judgment or summary adjudication will be
27  July 30, 2010.  The parties do not anticipate that this change will necessitate a change to the trial
28  date and/or final pretrial conference in this matter.  Should these changes necessitate a change to

1  the date of the trial and/or final pretrial conference in this matter, the parties stipulate that the
2  anticipated resolution of at least some of the issues to be decided warrant such change.

Dated: July 22, 2010                    LAW OFFICE OF GEOFFREY V. WHITE


                                        By   /S/ Geoffrey V. White *(authorized 7/22/10)*
                                            Geoffrey V. White,
                                            Attorney for Plaintiff
                                            DAVID BARBOZA


Dated:  July 22, 2010                   WEINTRAUB GENSHLEA CHEDIAK


                                        By:  /S/ Brendan J. Begley
                                             Brendan J. Begley
                                             Attorneys for Defendants
                                        CALIFORNIA ASSOCIATION OF
                                        PROFESSIONAL FIREFIGHTERS,
                                        CALIFORNIA ASSOCIATION OF
                                        PROFESSIONAL FIREFIGHTERS
                                        LONG-TERM DISABILITY PLAN;
                                        CALIFORNIA ADMINISTRATION
                                        INSURANCE SERVICES, INC., KENNETH
                                        BLANTON, DENNIS CAMPANALE, GENE
                                        DANGEL, JAMES, FLOYD, CHARLES
                                        GLUCK, BRIAN PINOMAKI and WILLIAM
                                        SOQUI.

# ORDER

As it appears that the parties are working diligently to resolve issues and streamline the issues in this matter and Defendants have been unable, despite their best efforts, to complete their dispositive motions, the Court finds that good cause exists for modifying its Pretrial Scheduling Order as follows:

IT IS SO ORDERED that the Pretrial Scheduling Order shall be amended to extend the last date to hear the parties' motions for summary judgment or adjudication to September 10, 2010, and the last day for Defendants to file a motion for summary judgment or summary adjudication will be July 30, 2010.

DATE: July 23, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE