**GEOFFREY V. WHITE (SBN. 068012)**
**LAW OFFICE OF GEOFFREY V. WHITE**
351 California St., Suite 1500
San Francisco, California 94104
Telephone: (415) 362-5658
Facsimile: (415) 362-4115
Email: gvwhite@sprynet.com

Attorneys for Plaintiff
DAVID BARBOZA


**LOUIS A. GONZALEZ, JR. (SBN 157373)**
**BRENDAN J. BEGLEY (SBN 202563)**
**WEINTRAUB GENSHLEA CHEDIAK**
400 Capitol Mall, 11th Flr.
Telephone: (916) 558-6000
Facsimile: (916) 446-1611

Attorneys for Defendants,
CALIFORNIA ASSOCIATION OF
PROFESSIONAL FIREFIGHTERS,
CALIFORNIA ASSOCIATION OF
PROFESSIONAL FIREFIGHTERS
LONG-TERM DISABILITY PLAN;
and CALIFORNIA ADMINISTRATION
INSURANCE SERVICES, INC.
and KENNETH BLANTON, DENNIS
CAMPANALE, GENE DANGEL, JAMES
FLOYD, CHARLES GLUCK,
PRIAN PINOMAKI, and WILLIAM
SOQUI, Individually and as Plan Directors

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID BARBOZA**, | **Case No. 2:08-cv-02569-FCD-GGH** |
| Plaintiff, | **STIPULATION AND ORDER RE: MODIFICATION TO PRETRIAL SCHEDULING ORDER** |
| v. | |
| **CALIFORNIA ASSOCIATION OF PROFESSIONAL FIREFIGHTERS, et al.**, | |
| Defendants. | |

1          WHEREAS the Court issued its Pretrial Scheduling Order on February 29, 2009, which
2  set the latest date for hearing dispositive motions as June 18, 2010;

3          WHEREAS the Court modified its Pretrial Scheduling Order on April 27, 2010, which
4  set the last date for hearing dispositive motions as August 20, 2010;

5          WHEREAS, pursuant to the parties Stipulation, to accommodate Defendants' counsel,
6  the Court amended its Pretrial Scheduling Order on July 23, 2010 to extend the last date to hear
7  the parties' motions for summary judgment or adjudication to September 10, 2010;

8          WHEREAS, on August 20, 2010, the Court sua sponte extended the date for hearing on
9  the parties' motions for summary judgment or adjudication to September 24, 2010;

10         WHEREAS, Plaintiff's counsel, Geoffrey V. White, will be out of the country from
11 September 23, 2010 through October 13, 2010, without access to the files and documents in this
12 matter, and has no partner or associate who could appear on his behalf in this matter on
13 September 24, 2010;

14         THEREFORE THE PARTIES STIPULATE that, pursuant to Federal Rule of Civil
15 Procedure 16(b)(4) good cause exists for modifying the Court's Pretrial Scheduling Order to
16 continue to the next available law and motion date of October 22, 2010, the hearing date on the
17 parties motions for summary judgment or adjudication.  The parties agree that Plaintiff's
18 Opposition to Defendants' motion for summary judgment shall be filed on or before September
19 10, 2010, and that Defendants' Reply shall be filed on or before September 17, 2010, as
20 presently scheduled.  The parties agree that this change in the hearing date will necessitate a
21 change to the Pretrial Conference and Trial dates in this matter, but stipulate that the anticipated
22 resolution of at least some of the issues to be decided warrants such changes.

23 Dated: August 26, 2010                    LAW OFFICE OF GEOFFREY V. WHITE

25                                            By____/s/_____
26                                              Geoffrey V. White,
                                                Attorney for Plaintiff
                                                DAVID BARBOZA

Dated: August 26, 2010                                WEINTRAUB GENSHLEA CHEDIAK

By: _____/s/_____
    Brendan J. Begley
    Attorneys for Defendants
CALIFORNIA ASSOCIATION OF PROFESSIONAL FIREFIGHTERS, CALIFORNIA ASSOCIATION OF PROFESSIONAL FIREFIGHTERS LONG-TERM DISABILITY PLAN; and CALIFORNIA ADMINISTRATION INSURANCE SERVICES, INC., KENNETH BLANTON, DENNIS CAMPANALE, GENE DANGEL, JAMES FLOYD, CHARLES GLUCK, BRIAN PINOMAKI and WILLIAM SOQUI.

## ORDER

As it appears that the parties are working diligently to resolve issues and streamline the issues in this matter and Plaintiff's counsel will be unable, despite his best efforts, to attend the hearing in this matter on September 24, 2010, the Court finds that good cause exists for modifying its Pretrial Scheduling Order as follows:

IT IS SO ORDERED that the Pretrial Scheduling Order shall be amended to extend the date for hearing the parties' motions for summary judgment or adjudication to October 22, 2010. As a result of these changes, the **Final Pretrial Conference**, previously set for October 29, 2010 is changed to **January 21, 2011, at 2:00 p.m.**, and the **Bench Trial** previously set for January 25, 2011 is changed to **April 5, 2011, at 9:00 a.m.**

DATE: August 27, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE