Louis A. Gonzalez, Jr., State Bar No. 157373
Brendan J. Begley, State Bar No. 202563
**weintraub genshlea chediak**
law corporation
400 Capitol Mall, 11th Floor
Sacramento, California  95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Defendants California Association
of Professional Firefighters, California Association
of Professional Firefighters Long-Term Disability Plan,
California Administration Insurance Services, Inc.,
Kenneth Blanton, Dennis Campanale, Gene Dangel,
James Floyd, Charles Gluck, Brian Pinomaki,
and William Soqui

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BARBOZA,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA ASSOCIATION OF PROFESSIONAL FIREFIGHTERS, a California corporation; CALIFORNIA ASSOCIATION OF PROFESSIONAL FIREFIGHTERS LONG-TERM DISABILITY PLAN; CALIFORNIA ADMINISTRATION INSURANCE SERVICES, INC., a California corporation; and KENNETH BLANTON, DENNIS CAMPANALE, GENE DANGEL, JAMES FLOYD, CHARLES GLUCK, BRIAN PINOMAKI, and WILLIAM SOQUI, individually and as Plan Directors,<br><br>Defendants. | Case No. 2:08-CV-02569-FCD-GGH<br><br>DEFENDANTS' REQUEST FOR EXTENSION OF PAGES FOR REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION; **ORDER**<br><br>Date:     October 22, 2010<br>Time:    10:00 a.m.<br>Place:             Courtroom 2<br>Judge:   Hon. Frank C. Damrell, Jr. |

Defendants California Association of Professional Firefighters, California Association of Professional Firefighters Long-Term Disability Plan, California Administration Insurance Services, Inc., Kenneth Blanton, Dennis Campanale, Gene Dangel, James Floyd, Charles Gluck, Brian Pinomaki, and William Soquis

1  (collectively, "Defendants") hereby request an extension of pages to reply to the opposition brief filed by Defendant David Barboza with regard to the summary judgment motion now set to be heard on October 22, 2010.  Due to the numerous authorities cited and factual inaccuracies included in Plaintiff's opposition brief, Defendants require and request that their reply brief be extended to 16 pages.  This extension is needed so that Defendants may explain important distinctions in the authorities covering this rather complex area of law (ERISA), to correct the factual inaccuracies asserted by Plaintiff, and to address the somewhat voluminous evidence that Plaintiff recently submitted.

Dated:  September 20, 2010        Respectfully submitted

**WEINTRAUB GENSHLEA CHEDIAK**
Law Corporation


By:   /s/ Brendan J. Begley
      Brendan J. Begley
      State Bar No. 202563

      Attorneys for Defendants
      California Association of Professional Firefighters, California Association of Professional Firefighters Long-Term Disability Plan, California Administration Insurance Services, Inc., Kenneth Blanton, Dennis Campanale, Gene Dangel, James Floyd, Charles Gluck, Brian Pinomaki, and William Soqui

/ / /

/ / /

/ / /

## ORDER

IT IS HEREBY ORDERED that Defendants' reply brief in support of its Motion for Summary Judgment or Summary Adjudication be extended to 16 pages.

Dated:  September 20, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE