1  **GEOFFREY V. WHITE (SBN. 068012)**
   **LAW OFFICE OF GEOFFREY V. WHITE**
2  351 California St., Suite 1500
   San Francisco, California 94104
3  Telephone: (415) 362-5658
   Facsimile:  (415) 362-4115
4  Email:  gvwhite@sprynet.com

5  Attorneys for Plaintiff
   DAVID BARBOZA
6

7  **LOUIS A. GONZALEZ, JR. (SBN 157373)**
   **BRENDAN J. BEGLEY (SBN 202563)**
8  **WEINTRAUB GENSHLEA CHEDIAK**
   400 Capitol Mall, 11th Flr.
9  Telephone:  (916) 558-6000
   Facsimile:  (916) 446-1611
10
   Attorneys for Defendants,
11 CALIFORNIA ASSOCIATION OF
   PROFESSIONAL FIREFIGHTERS,
12 CALIFORNIA ASSOCIATION OF
   PROFESSIONAL FIREFIGHTERS
13 LONG-TERM DISABILITY PLAN;
   and CALIFORNIA ADMINISTRATION
14 INSURANCE SERVICES, INC.
   and KENNETH BLANTON, DENNIS
15 CAMPANALE, GENE DANGEL, JAMES
   FLOYD, CHARLES GLUCK,
16 BRIAN PINOMAKI, and WILLIAM
   SOQUI, Individually and as Plan Directors
17

18                 UNITED STATES DISTRICT COURT

19                 EASTERN DISTRICT OF CALIFORNIA

20

21 **DAVID BARBOZA**,                    ) Case No.  CIV. S-08-02569 FCD GGH
                                          )
22         Plaintiff,                     ) **STIPULATION AND ORDER RE:**
           v.                             ) **CONTINUATION OF HEARING DATE**
23                                        )
   **CALIFORNIA ASSOCIATION OF**          )
24 **PROFESSIONAL FIREFIGHTERS,**         )
   et al.,                                )
25                                        )
           Defendants.                    )
26                                        )
   _____)
27

28

---

**Stipulation and Order Re Continuation of Hearing - Case No. CIV S-08-02569 FCD GGH**

- 1 -

WHEREAS due to a conflict with the Court's calendar, the Court issued its Minute Order vacating and resetting the hearings currently set for Friday, October 22, 2010, to Friday, November 12, 2010, at 10:00 a.m. in Courtroom 2;

WHEREAS attorney for Defendants, Louis A. Gonzalez, Jr., is unavailable on November 12, 2010, due to a calendar conflict requiring his presence in a different civil action;

THEREFORE, THE PARTIES STIPULATE that good cause exists for continuing the hearings on Plaintiff's motion for summary judgment, Defendants' motion for summary judgment, Defendants' Rule 11 sanctions motion, and Defendants' motion to modify the pretrial scheduling order from November 12, 2010, to December 3, 2010, at 10:00 a.m. in Courtroom 2.

Dated: October 27, 2010                LAW OFFICE OF GEOFFREY V. WHITE

                                       By   /S/ Geoffrey V. White *(authorized 10/27/10)*
                                            Geoffrey V. White,
                                            Attorney for Plaintiff
                                            DAVID BARBOZA

Dated:  October 27, 2010               WEINTRAUB GENSHLEA CHEDIAK

                                       By:  /S/ Brendan J. Begley
                                            Brendan J. Begley
                                            Attorneys for Defendants
                                       CALIFORNIA ASSOCIATION OF
                                       PROFESSIONAL FIREFIGHTERS,
                                       CALIFORNIA ASSOCIATION OF
                                       PROFESSIONAL FIREFIGHTERS
                                       LONG-TERM DISABILITY PLAN;
                                       CALIFORNIA ADMINISTRATION
                                       INSURANCE SERVICES, INC., KENNETH
                                       BLANTON, DENNIS CAMPANALE, GENE
                                       DANGEL, JAMES, FLOYD, CHARLES
                                       GLUCK, BRIAN PINOMAKI and WILLIAM
                                       SOQUI.

1
2

## ORDER

3    IT IS SO ORDERED that the hearings on Plaintiff's motion for summary judgment,
4 Defendants' motion for summary judgment, Defendants' Rule 11 sanctions motion, and
5 Defendants' motion to modify the pretrial scheduling order, all of which are currently set for
6 November 12, 2010, shall be continued to December 3, 2010 at 10:00 a.m. in Courtroom 2.

7
8
9 DATE: October 27, 2010
10                                                    _____
                                                      FRANK C. DAMRELL, JR.
                                                      UNITED STATES DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28