Geoffrey V. White, State Bar No. 068012
**LAW OFFICE OF GEOFFREY V. WHITE**
21C Orinda Way, No. 324
Orinda, CA 94563
(415) 373-8279 – Main
(415) 484-7692 – Facsimile
gvwhite@sprynet.com

Attorneys for Plaintiff

Louis A. Gonzalez, Jr., State Bar No. 157373
Brendan J. Begley, State Bar No. 202563
**WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN**
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, CA  95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile
lgonzalez@weintraub.com
bbegley@weintraub.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Barboza,<br><br>    Plaintiff,<br><br>v.<br><br>California Association of Professional Firefighters, et al.,<br><br>    Defendants. | Case No. CIV S-08-02569 KJM GGH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[F.R.C.P. 41, subs. (a)(1)(A)(ii) and (a)(2)] |

　　　IT IS HEREBY STIPULATED by and between plaintiff David Barboza and defendants California Association of Professional Firefighters, California Association of Professional Firefighters Long-Term Disability Plan, California Administration Insurance Services, Inc., Kenneth Blanton, Dennis Campanale, Gene Dangel, James Floyd, Charles Gluck, Brian Pinomaki, and William Soqui (all collectively the "Parties"), through their respective counsel of record, that this

action is settled pursuant to a confidential settlement agreement and that the action shall be dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule, 41, subparts (a)(1)(A)(ii) and (a)(2).

The Parties further stipulate that the Court shall retain jurisdiction over this action and over the settlement agreement for the purpose of enforcing the settlement agreement.

Dated: June 27, 2016          LAW OFFICE OF GEOFFREY V. WHITE

By: /s/ Geoffrey V. White
Geoffrey V. White
State Bar No. 068012

Attorneys for Plaintiff

Dated: June 27, 2016          WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN
Law Corporation

By: /s/ (Authorized June 22, 2016)
Louis A. Gonzalez, Jr.
State Bar No. 157373
Brendan J. Begley
State Bar No. 202563

Attorneys for Defendants

**ORDER**

As provided by stipulation between the Parties, the above-referenced action is hereby dismissed with prejudice pursuant to a confidential settlement agreement, each party to bear its own attorney fees and costs. The Court makes a considered exception to its general rule and in this case retains jurisdiction of this matter for the purpose of resolving any dispute regarding the interpretation or enforcement of the settlement agreement between the parties.

IT IS SO ORDERED

DATE: June 30, 2016

_____
UNITED STATES DISTRICT JUDGE